Certificate Number: 05781-IAS-DE-041383480

Bankruptcy Case Number: 26-01475

05781-IAS-DE-041383480

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 29, 2026, at 9:49 o'clock AM PDT, Michelle Drew completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Iowa.

Date: August 29, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President