Certificate Number: 05781-IAS-DE-041395497

Bankruptcy Case Number: 26-01411

05781-IAS-DE-041395497

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 1, 2026, at 12:00 o'clock PM PDT, Janis Robinson completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Iowa.

Date: September 1, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President